### CENTRAL OF GEORGIA RAILWAY CO. *v.* INMAN, AKERS & INMAN.

EVANS, P. J. This case is controlled by the decision this day rendered in the case of *Central of Ga. Ry. Co.* v. *Inman*, ante, 652 (59 S. E. 784). *Judgment affirmed. All the Justices concur, except Holden, J., who did not preside.*

Argued June 28,—Decided December 19, 1907.

Action for damages. Before Judge Little. Muscogee superior court. December 8, 1906.

*Charlton E. Battle,* for plaintiff in error.

*Goetchius & Chappell,* contra.